THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BLAIR PARKER | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-523-SDJ-BD |
| | § | |
| UNITED STATES POSTAL SERVICE | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 11, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #12), that Plaintiff's Motion for Default Judgment, (Dkt. #6), be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion for Default Judgment, (Dkt. #6), is **DENIED**.

So ORDERED and SIGNED this 30th day of April, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE